UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST SHEET METAL WORKERS WELFARE FUND, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SHEET METAL PRODUCTS, INC. <br><br> Defendant. | NO. C16-176RSL <br><br> ORDER TO SHOW CAUSE |

This matter comes before the Court sua sponte. The above entitled case was filed on February 5, 2016. A Notice of Withdrawal of Counsel was filed on October 17, 2016. No documents have been filed since October 17, 2016.

Plaintiff is hereby ORDERED TO SHOW CAUSE why the above-captioned case should not be dismissed for failure to prosecute pursuant to Local Civil Rule 41(b)(1). Plaintiff shall file a responsive brief no later than October 12, 2017. The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar for Friday, October 13, 2017.

DATED this 28th day of September, 2017.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE